IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TV  TOKYO CORPORATION,

        Plaintiff,

    v.

ABCDY MANN, et al.,

        Defendants.

Civil Action No. 1:25-cv-06494-LMM

## NOTICE OF APPEARANCE

To:  The Clerk of Court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for defendant Mushplushies Direct.

Dated:  December 7, 2025.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers
Georgia Bar No. 315161
ICEE Law, LLC
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Tel. (470) 574-0529
Email: CourtComms@ICEELaw.com

## <u>CERTIFICATE OF COMPLIANCE</u>

I hereby certify that the foregoing pleading complies with this Court's rules concerning typographical presentation in that it is set in 14-point Times New Roman font.

_/s/ Abena K. Abayomi-Rogers_
Abena K. Abayomi-Rogers

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on December 7, 2025, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>*/s/ Abena K. Abayomi-Rogers*</u>
Abena K. Abayomi-Rogers