# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> ABCDY MAN, et al., <br><br> Defendants. | Civil Action No. 1:25-cv-6494-LMM |

## PRELIMINARY INJUNCTION ORDER WITH EXCEPTIONS

THIS CAUSE comes before the Court following a hearing on Plaintiff's Motion for Preliminary Injunction. The Court previously entered a Temporary Restraining Order and Asset Freeze Order against all Defendants ("TRO") on November 13, 2025, Order [Dkt. #9]. The Court also authorized Plaintiff to serve Defendants by electronic means. [Dkt. #15]. In conjunction with the TRO, the Court ordered Defendants to appear at a hearing to demonstrate good cause why a preliminary injunction should not be issued. [Dkt. #9]. The TRO was further extended and the hearing reset to December 10, 2025, at 11:00 A.M [Dkt. #14]. The hearing on Plaintiff's motion for a preliminary injunction was held via zoom on December 10, 2025, at 11:00 A.M.

All Defendants[1] have failed to show good cause why a preliminary injunction should not be issued against them. Through the preliminary injunction hearing and Plaintiff's associated motion papers, Plaintiff has established:

a) A substantial likelihood of success on the merits of its copyright and trademark infringement claims given that:

  i) Plaintiff is the exclusive licensee to a federal trademark registration (the "NARUTO Trademark" and collectively with the NARUTO Copyrights the "NARUTO IP");

  ii) the infringing products advertised and offered for sale by Defendants are not authorized by Plaintiff and are not genuine;

  iii) Defendants are using works that are identical with or substantially indistinguishable from one or more of the NARUTO IP or colorable imitations of the NARUTO IP in commerce on or in connection with the advertising, offering for sale, and/or sale of infringing products; and

  iv) Defendants' use of the NARUTO IP or colorable imitations of the NARUTO IP on or in connection with the advertising, offering for sale, and/or sale of infringing products is likely to cause consumer confusion,

---

[1] Defendants identified as DOE #188 DIGI2CART and DOE # 211 JAI SREE RAM have reached a settlement with Plaintiff in principle and have been excepted from this Preliminary Injunction. Defendant identified as DOE #94 Mushplushies Direct and Plaintiff have agreed on a stipulated Preliminary Injunction against Doe #94 only. Plaintiff has indicated the above listed three Defendants as EXCEPTED on the attached Schedule A.

        mistake, or deception as to the source or origin of the infringing products.

   v)   Defendants are offering for sale and selling reproductions of one or more of the NARUTO IP, or works that are derived from one of Plaintiff's IP;

   vi)   Plaintiff has not authorized Defendants to reproduce, distribute, publicly display or create derivative works of any of the NARUTO IP;

b)   Plaintiff will suffer irreparable harm if the injunction does not issue in light of the rebuttable presumption of irreparable harm set forth in 15 U.S.C. § 1116(a). Moreover, the continued sale of infringing products by Defendants threatens Plaintiff with the loss of control of its reputation and the loss of considerable goodwill it has established with consumers.

c)   The balance of the harms weighs in favor of granting the injunction given that the threatened injury to Plaintiff's reputation and goodwill absent an injunction outweighs any potential financial harm that Defendants may suffer as a result of the injunction.

d)   The requested injunction would serve the public interest. Avoidance of consumer confusion is always in the public interest, particularly when consumers are being misled as to the quality, source, and composition of

infringing products, many of which do not comply with applicable product safety, manufacturing, or labeling requirements.

Accordingly, Plaintiff has established to the satisfaction of this Court that equitable relief in the form of a preliminary injunction is warranted, and Defendants have failed to show good cause why a preliminary injunction should not issue. Therefore, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED** as to all Defendants as follows:

a) For the duration of this action, each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order is hereby ordered to:

i) cease and refrain from manufacturing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any infringing products;

ii) cease and refrain from manufacturing, advertising, offering to sell, selling, reproducing, or distributing any goods bearing the NARUTO IP, or any confusingly similar works, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

iii) cease and refrain from destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial

        records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any infringing products;

    iv) cease and refrain from using the NARUTO IP on or in connection with any virtual storefront that any Defendant may own, operate, or control on any online marketplace;

    v) cease and refrain from any and all use of the NARUTO IP on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serves to direct computer searches to virtual storefronts registered, owned or operated by any Defendant on any Marketplace; and

    vi) cease and refrain from altering, disabling, closing, or transferring ownership of any virtual storefront on any online marketplace during the pendency of this action or until further order of the Court.

b)    For the duration of this action, each Defendant must preserve all documents and electronically stored information arising from or related to its sale, offer for sale, distribution, and advertising of infringing products through its virtual storefronts located on the online marketplaces.

c)    For the duration of this action, all Financial Institutions (as defined in Plaintiff's motion) that receive actual notice of this Order shall continue to

|   |   |
|---|---|
|   | attach and freeze all funds in any accounts owned, controlled, utilized by, or associated with Defendants and otherwise prohibit the transfer of any funds out of any such accounts and divert any frozen funds and any additional funds that may be transferred into the accounts into a holding account at the marketplace or the respective Financial Institution for the trust of the Court, with such frozen funds and/or holding accounts being held, maintained, and/or located exclusively within the United States. |
| d) | No funds restrained by this Order shall be transferred or surrendered by any Financial Institution or online marketplace for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of the Court. |
| e) | For the duration of this action and upon receipt of actual notice of this Order, each online marketplace on which a Defendant maintains a virtual storefront or account shall continue to freeze all funds held or received by the marketplace for any Defendant's benefit and disable each Defendant's virtual storefronts on the marketplaces and any accounts associated with each Defendant and cease providing any services to Defendants. |
| f) | Plaintiff may notify the marketplaces and Financial Institutions of this Order by electronic means, including by electronic mail. |

g)     This Order shall remain in effect for the duration of this action and until such time as a final judgment is entered.

h)     This Order shall apply to Defendants, their associated virtual storefronts on the marketplaces, and any other websites, domain names, seller identification names, e-commerce stores, or Financial Institution accounts which are being used by Defendants, their officers, agents, employees, attorneys, and all persons in active concert or participation with any of them, for the purpose of advertising, offering for sale, and selling any infringing products at issue in this action and/or unfairly competing with Plaintiff.

i)     The Court's previous Temporary Restraining Order, Asset Freeze Order, and Order to Show Cause [Dkt. 9] is dissolved and is replaced by this Preliminary Injunction Order, which is hereafter in effect.

**SO ORDERED** this <u>10th</u> day of <u>December</u>, 2025.

_____
**LEIGH MARTIN MAY**
**CHIEF UNITED STATES DISTRICT JUDGE**

# Exhibit A

# LIST OF ALL NAMED DEFENDANTS SUBJECT TO ORDER

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | ABCDY MAN | Amazon | A2BBFT8HHHPU4F |
| 2 | actoper-us | Amazon | A1DTDWQJQHMC6W |
| 3 | Always possible | Amazon | A1TMWE5R6GFCVO |
| 4 | amz273123hsdhw | Amazon | A2DI4Q4WUKVS4E |
| 5 | ANALYSIS OF THE OAN363 | Amazon | A1H2IP4H0724UW |
| 6 | ANGELAGRA | Amazon | A1FHPNOOIY4918 |
| 7 | ANHHOME | Amazon | A3E66ZC2SJVEZA |
| 8 | ankangyigeshijieguanggaochuanmeiyouxiangongsi | Amazon | AAJJ3USBS9ZB3 |
| 9 | Apex products and Services | Amazon | A8WOWTHENU0PY |
| 10 | Arti arya retail | Amazon | A10X32N0M201P2 |
| 11 | ARVIND.1 | Amazon | AVKQ0X2UV4H3V |
| 12 | ASQHome US | Amazon | A3IAKZ5V31UTGC |
| 13 | Auranova | Amazon | AURM05KDVYYN1 |
| 14 | Beijing Oubu Technology Co., Ltd | Amazon | A22JM2HCISUC2 |
| 15 | BestMi | Amazon | A35XBUSGCZO4LY |
| 16 | Black Outer Fashions | Amazon | A3PMP9SOHR1G79 |
| 17 | bluezitao | Amazon | A3L1T708RIRRZG |
| 18 | BMS store | Amazon | A2PO7UGWK6OEPQ |
| 19 | Body | Amazon | ANQISNP0PMOBO |
| 20 | boyingus | Amazon | A32KYO1QXCZ3E1 |
| 21 | brain | Amazon | A290YFGPEC16GG |
| 22 | Budgeree Collection | Amazon | A18E6HFLFRB1VB |
| 23 | C-DYing ART | Amazon | A35T65N4L7P63 |
| 24 | CAN THAT | Amazon | AKBD4GGF5OCEM |
| 25 | Cdbnqa-US | Amazon | A2YBDICB5QH4KI |
| 26 | Cheeyxiejoy | Amazon | A2OIL0UDFEOM91 |
| 27 | chenyongqiqqzus | Amazon | A1Y1HHH8K8YMKW |
| 28 | CHG STORE | Amazon | A3QSJX5XYPTF2Q |
| 29 | congweidianzibaodan | Amazon | ANC68O5CLQNTY |
| 30 | CookedRice | Amazon | A1UGKWVFAGB7WP |
| 31 | cosdigiart | Amazon | A1U2AAJQ4OGIFV |
| 32 | Craftofy | Amazon | A3NKBPQ9G7TJMZ |
| 33 | Craglen | Amazon | A3GFJ3AL0VSW8I |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 34 | Creaility | Amazon | AVUBLPDP08LD3 |
| 35 | create colorful life | Amazon | A3POLXJFH7XYJF |
| 36 | Cute & catchy | Amazon | A13XJG03AC8TL8 |
| 37 | DEB HEALTH GROW . | Amazon | A2Z2CYJZYZWDI4 |
| 38 | dengzhoushikangdengshangmaoyouxiangongsi | Amazon | A1SSZL9Z6PGGEY |
| 39 | Dílígent | Amazon | A27MC54F6GLFES |
| 40 | Dobun | Amazon | APY6CAKU9GWXG |
| 41 | DONG T SHIRT | Amazon | AWQMIVSYFM770 |
| 42 | DONGYINGYXX | Amazon | A2VU3OMDD12X8L |
| 43 | DUOAZJL | Amazon | A11ONVGGK28KVP |
| 44 | Duykhanhabc | Amazon | A2UGTFF9IDAUA7 |
| 45 | Eaststep Electrical commercial Co,ltd | Amazon | A27YGFJGRA7URH |
| 46 | EDUCATION | Amazon | A2YO50QH9FX2NE |
| 47 | fanjianliang | Amazon | A3VDL8JWYKSCDP |
| 48 | Fardes | Amazon | A33ESWMLFWEFV6 |
| 49 | FINALLY | Amazon | A3JC3MGOUYLTLK |
| 50 | First Choice 777 Store | Amazon | A2R9E1VZ7F7Y8Z |
| 51 | FNINGDRAR | Amazon | A2JBDKGM96ILQZ |
| 52 | GadgetBucketin | Amazon | A3C2ACZGLKGHHI |
| 53 | Hahgfv anh duong | Amazon | A1FUIV0L41WFE7 |
| 54 | HAPNATNHAND | Amazon | A39PP9FVGUF8A1 |
| 55 | HeiLongJiangShengHongMingNongYeKeJiYouXianGongSi | Amazon | A2LEKB0J8CQ1KJ |
| 56 | HGSJKVWQW52 | Amazon | AKXP6W5GD4VJL |
| 57 | Ho Sy An Shop | Amazon | A1OKDBSCIMJ9SB |
| 58 | HOAI DIAMOND | Amazon | A2G8ZW3CLLTW70 |
| 59 | HOANG THI HUYEN TRANG ht0809 | Amazon | A1PIX3S4GYW3PK |
| 60 | HONG BO | Amazon | ASNOQFEKKY5OX |
| 61 | honghuoqipei | Amazon | A18DAQN2JSQYEO |
| 62 | honglvyouxian | Amazon | AEUAAFYDYI0ZR |
| 63 | hot you gen | Amazon | A2F7RZJ5R6EOAE |
| 64 | huangfeidd | Amazon | A3E6VGJMYBI9S3 |
| 65 | HXYUWD | Amazon | A317862H64HAHY |
| 66 | Infinity Figures | Amazon | A1L3Z6L8BUG763 |
| 67 | InkVibe Tees | Amazon | AVQK9M59VMPKQ |
| 68 | Irinidig-Auto-US | Amazon | A1ARMZ7HJIASG9 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 69 | JEVWC3C | Amazon | ARVG6A7KXSG0Y |
| 70 | JewelryEmpires | Amazon | A3B8OH6HAAS6IF |
| 71 | Jin Xin | Amazon | A1JLDHXJTPP4UH |
| 72 | JLCorp | Amazon | A3DOVNR45QCFHZ |
| 73 | JoiZen | Amazon | A3Q9M04SVWQAXI |
| 74 | JuncyShop | Amazon | AWA0JNJ1ONE11 |
| 75 | KASRI | Amazon | AA9MJL0AYBDDY |
| 76 | Kavitaz | Amazon | A1R0A4Q6ER511T |
| 77 | KDS HUB INTERNATIONAL | Amazon | A259DN0YH4DDS7 |
| 78 | KELAIFU | Amazon | A3ECA0WBYX2YB |
| 79 | Kreovate | Amazon | A2A6H4VDCL9UOL |
| 80 | ksunmingmingxinyuan | Amazon | A38J7GEBB32WO1 |
| 81 | kukulongshangmao | Amazon | AZUHSNKN3NJ5Y |
| 82 | Laicai | Amazon | ADW3TEONDFA78 |
| 83 | leadwel | Amazon | A39SBHHMPDZSNG |
| 84 | LIEMBDRTHQE | Amazon | A3V7ZSNCHN42E9 |
| 85 | LIHOTNGITEM | Amazon | A23V304MFDRBT8 |
| 86 | LinQuYuMingZhuangShiGongCheng YouXianGongSi | Amazon | A186HF5MG0JN7F |
| 87 | lizhongmaoyi | Amazon | ABKKAQ8G9FM3N |
| 88 | Lustrelane | Amazon | A23G92WWV549EE |
| 89 | LvLongJiang-us | Amazon | A1T0TB4TE57BA3 |
| 90 | MACYXSWX | Amazon | AQ9M1QZ840AGH |
| 91 | Manono | Amazon | A3HM42Q75Y07FP |
| 92 | MINHQUAN1092 | Amazon | A2J2RB6RJ3B5W0 |
| 93 | MINHTUANTRANLE164 | Amazon | A1L3EALAYRV0CI |
| 94 | EXCEPTED | Amazon | EXCEPTED |
| 95 | Naara Sign | Amazon | A1YCSNJ2V2MZ5M |
| 96 | NALYTHAI975 | Amazon | A2G20U4VN7WZD4 |
| 97 | NAMJUNO | Amazon | A1AKSVVUASOL8X |
| 98 | NANCHANGXIAYUTIANMAOYI YOUXIANGONGSI | Amazon | A2DG2MUE1IO42E |
| 99 | Nature Good Store | Amazon | A37HMGEMAP06AZ |
| 100 | NEERAJ INTERNATIONALS | Amazon | A3CR7AVRV3P9ED |
| 101 | NGIAANBOA | Amazon | A10UNPRHMJ3162 |
| 102 | NGUYEN DUY KHOA | Amazon | A34WMPVF4INDLX |
| 103 | NGUYEN THI PHUONG 0512 | Amazon | A2BMV7MJ3OVPRI |
| 104 | NGUYEN TRUNG HIEU AMZTB25 | Amazon | A23M0D46KPNEY0 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 105 | NGUYENQUANGHUY121 | Amazon | A3V9OZK5GDHEZN |
| 106 | NGUYENTIENLINH98 | Amazon | A2G1TZDDCSW9O1 |
| 107 | NovaGoods Co | Amazon | A1QZBZ9KHB0ZZ4 |
| 108 | NOWIENRITE | Amazon | A14F425L8SO74M |
| 109 | NUEYRNINTRIT | Amazon | A116I83V75O58H |
| 110 | NUYENGINGD | Amazon | A3MFY4H9HZPJVN |
| 111 | ONERIAKRNETY | Amazon | A1M6XL3YQXNGHI |
| 112 | PAMBASOWN | Amazon | A18K2YU1R59LWN |
| 113 | PHAM DUC CONG STR | Amazon | AXLPHRNW0T07X |
| 114 | PHAMTHIBICHLOAN32 | Amazon | A1N0T1P8S01MTN |
| 115 | PHAT AUDIO SHOP | Amazon | AB9MILP61GSEH |
| 116 | PHILOSOPHY 275 | Amazon | A2UYZZ2AYR5J8V |
| 117 | PHUCAN123 | Amazon | A2VE0V7DJLRWB1 |
| 118 | PHUCBAONGOC51 | Amazon | A1IS60AACBV6HW |
| 119 | PHUONG123123 | Amazon | A1XMKNNCOQ47U3 |
| 120 | QUEDARIWA | Amazon | AY20BNM4ZSCDT |
| 121 | Qzlyner-US | Amazon | A3TEFI85Z6VMNM |
| 122 | Rahit Ecom Hub | Amazon | AENCTFXMKKWH1 |
| 123 | Rexinc | Amazon | A1WPZPFZ4WEUP5 |
| 124 | ROADIES MART | Amazon | A26LOGV2PQLLAN |
| 125 | ROMTETYTYTIE | Amazon | A1O09Q5JVZ2KVY |
| 126 | Royal Riwaj | Amazon | A3FNGGJC6BCIQ2 |
| 127 | Senorita collections | Amazon | A21W13OTJN9PJT |
| 128 | shanameng | Amazon | A28ZSVODNE3ARP |
| 129 | shanxiqidianmaoyiyouxiangongsi | Amazon | A38IKIEZNFW1JB |
| 130 | shenghongtezhongzhiye | Amazon | A7RA6S2840EVJ |
| 131 | Shenzhen Zhiyuecheng Technology Co., Ltd. | Amazon | A3BL2PRUZX83ZQ |
| 132 | shoppick | Amazon | A2S5DT9V4NB4KQ |
| 133 | shopzes | Amazon | AE4WU5N0RW32 |
| 134 | Shubharanbh | Amazon | A3GJJXE29S4YDM |
| 135 | SIXYI | Amazon | A1UZR3I1ZTUZCR |
| 136 | Soulful Craft Works | Amazon | A26R8JN3HL0TJX |
| 137 | Sunrishi fashion | Amazon | AOGFPFIDQD599 |
| 138 | Super-market041 | Amazon | A3BPP8WNXMPNU4 |
| 139 | TAEILRERIN | Amazon | A3TI6YXO531OMM |
| 140 | TALIB STORE. | Amazon | A7TM0CGN5EE8T |
| 141 | TanWenJing | Amazon | A1VZV7NLIWSS6E |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 142 | TARENMAEIT | Amazon | A3O4O23BH4A3TV |
| 143 | TENBAO | Amazon | A214NMN5MY1RQZ |
| 144 | Thorns | Amazon | A1PIWRBFP30TVX |
| 145 | Thuhienhnqweasd | Amazon | A1L3HY9GXSEFRZ |
| 146 | tingfujiyt | Amazon | A12LSTXVOE0CV1 |
| 147 | Titan trade | Amazon | A2IY4JCFPBVC0 |
| 148 | TRAN MINH DUC HNI27 | Amazon | A18D2U9F2OGZWK |
| 149 | TRANGTHUYHO974 | Amazon | AEJMFK6SAL74N |
| 150 | TUXSOBU | Amazon | A35MTW9Q5TVJII |
| 151 | Universal Trading Shop | Amazon | AL8W18P3C3071 |
| 152 | Urban Harvest Enterprises | Amazon | AF4UCZ4WJYV9W |
| 153 | Urbanstore6883 | Amazon | A13KTR6F449I29 |
| 154 | VA STOREM/A | Amazon | AI1PYHWX9IFP3 |
| 155 | Valley View shop | Amazon | A2U1XFNG26LGKB |
| 156 | Velvet vault | Amazon | A3571B9ULXVONX |
| 157 | wangdandansss | Amazon | A1FF2Q694ERPX8 |
| 158 | Wanghaixiaxxx | Amazon | A3MQ8ZARDYCQA7 |
| 159 | wanrongxianhuiyoucanyinfuwuyouxiangongsi | Amazon | A1QPDKP269KQHH |
| 160 | WASELEC PRIVATE LIMITED | Amazon | A2Y3HEHPYPVAVF |
| 161 | WeiShuangWei | Amazon | APVMI2OVP2W9C |
| 162 | WERNTISIRNT | Amazon | A2ZKT56ORHSUL2 |
| 163 | WIVATAXADI | Amazon | A20D5KMYW5HAFZ |
| 164 | Wleec Beauty | Amazon | A3D1C4Z3EMT3GP |
| 165 | WSDAIWLS | Amazon | A16FGEA4WKR725 |
| 166 | wutibyuab shop | Amazon | AOKEW2CC6XRFV |
| 167 | WuyuqingStore | Amazon | A31GKURQ73332 |
| 168 | XiaoQiongdianzi | Amazon | A2EBQSNJVOA4N9 |
| 169 | xinxiangshimengjieshangmaoyouxiangongsi | Amazon | A3QCZ38V7R0JBB |
| 170 | Xyntara Shops | Amazon | AP0W47F2MAJSY |
| 171 | YanTuo Store | Amazon | A30BV5VPJXZXPH |
| 172 | yetaotai | Amazon | A2MMJCZQDJQCZU |
| 173 | Ylli001 | Amazon | AMGR05U2LU1NK |
| 174 | yonnogifts® | Amazon | A2FTTSG1SP52WR |
| 175 | yuchengqichuang | Amazon | A1H2H2YI0ZZ26C |
| 176 | Yunfumeng baihuo-US | Amazon | A3VHOHPCBXI10D |
| 177 | zhaochunsunshop | Amazon | ABON22LKIL9U5 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 178 | zhizhius | Amazon | A2GP2CAPLUOIPZ |
| 179 | ZiManYiMaoYi | Amazon | A2DS5JQ5SZJSPU |
| 180 | ZiShouHou | Amazon | A1SK8IWD87G88O |
| 181 | ZQXYYYXF | Amazon | A1DLN46FMU7WUN |
| 182 | BeComeReal Trading | Walmart | 101232976 |
| 183 | BUTO | Walmart | 102719877 |
| 184 | Chengche Store | Walmart | 102850509 |
| 185 | Childlike Innocence | Walmart | 101279524 |
| 186 | cong tu | Walmart | 102837362 |
| 187 | Cqdmdstore | Walmart | 102918027 |
| 188 | EXCEPTED | Walmart | EXCEPTED |
| 189 | DINHOM | Walmart | 102574902 |
| 190 | DUONG DUC THUY | Walmart | 102824585 |
| 191 | Easolae Parker | Walmart | 102850534 |
| 192 | Eryofdh Toy | Walmart | 101666884 |
| 193 | Eurekaly Trading | Walmart | 102749618 |
| 194 | fan xian sheng | Walmart | 102849671 |
| 195 | First happy happens go | Walmart | 102917826 |
| 196 | GOD BLESSINGS | Walmart | 102886914 |
| 197 | Guldnds | Walmart | 101691600 |
| 198 | haieyH | Walmart | 102751979 |
| 199 | Hanxinyanshangmao | Walmart | 102902667 |
| 200 | haohuodoulaimai | Walmart | 102823969 |
| 201 | Happy 36 Pop | Walmart | 102902425 |
| 202 | Hhhming | Walmart | 102701589 |
| 203 | House High Jimmy Kings | Walmart | 102911107 |
| 204 | HUANGENG | Walmart | 102507596 |
| 205 | Huanglijunshangmao | Walmart | 102911088 |
| 206 | hubeiweijiashuaishangmao | Walmart | 102845091 |
| 207 | Hunter Genereux | Walmart | 102847217 |
| 208 | Hutigo | Walmart | 102735888 |
| 209 | IVIM CO.,LTD | Walmart | 102658521 |
| 210 | Jack Dandy store | Walmart | 102778089 |
| 211 | EXCEPTED | Walmart | EXCEPTED |
| 212 | JIANGQIU-US | Walmart | 102720114 |
| 213 | JiQian Wang | Walmart | 102834143 |
| 214 | JoJo Saenz | Walmart | 102852070 |
| 215 | Karvnar Department Store | Walmart | 101084447 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 216 | KXAAXS | Walmart | 102750044 |
| 217 | Lamping kings happy store 234 | Walmart | 102916803 |
| 218 | LD-US | Walmart | 102752121 |
| 219 | Leiteng | Walmart | 102758555 |
| 220 | LiangHan | Walmart | 102813471 |
| 221 | lichenshangmaoyouxiangongsi | Walmart | 102874498 |
| 222 | lihuamingsooopp | Walmart | 101696179 |
| 223 | Lily Wangle | Walmart | 102854429 |
| 224 | LINGling | Walmart | 102810567 |
| 225 | LuckyNumen | Walmart | 101620784 |
| 226 | Lullabud | Walmart | 102751218 |
| 227 | Magical Memento | Walmart | 102669860 |
| 228 | NGUYEN TIEN LOC | Walmart | 102811772 |
| 229 | OUCHENG | Walmart | 102691378 |
| 230 | Personality | Walmart | 102804202 |
| 231 | Petrichor happy store | Walmart | 102912599 |
| 232 | PinZheng Home | Walmart | 102615412 |
| 233 | Pudeyandim co.,ltd | Walmart | 101292519 |
| 234 | road star happy goods go go | Walmart | 102916970 |
| 235 | Salmenta | Walmart | 101679016 |
| 236 | shaobo | Walmart | 102739802 |
| 237 | Silverline Solution | Walmart | 102524152 |
| 238 | Speak Sun | Walmart | 102902829 |
| 239 | StrongWell Tech | Walmart | 102943435 |
| 240 | sujianguang | Walmart | 102772480 |
| 241 | Surf360 | Walmart | 102643891 |
| 242 | Swrtt | Walmart | 101566255 |
| 243 | TaiyuanStar | Walmart | 102924363 |
| 244 | Theme decorations | Walmart | 102634144 |
| 245 | Wanghaijunbaihuo | Walmart | 102893104 |
| 246 | Whit3fivE | Walmart | 102767892 |
| 247 | wiepcs | Walmart | 101654795 |
| 248 | Worth having fun | Walmart | 102793215 |
| 249 | Wuhu guhu trading co., ltd | Walmart | 102786673 |
| 250 | Wxw Store US | Walmart | 102862288 |
| 251 | XinYuZhenFeiShangMao | Walmart | 102891922 |
| 252 | Yihejianzhu | Walmart | 102775450 |
| 253 | yuanpingshirenqingkejico.ltd | Walmart | 101629770 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 254 | zhangjiajiexuanshenershangmao | Walmart | 102842954 |
| 255 | ZHAOENG | Walmart | 102507586 |
| 256 | Zhengde Su | Walmart | 102875197 |
| 257 | zhengqunwei | Walmart | 102801146 |
| 258 | ZHSHANGMAO | Walmart | 102826089 |
| 259 | ZXC.Co-Ltd | Walmart | 101286513 |
| 260 | A midsummer night of dreams | Temu | 634418221942591 |
| 261 | Ainslee | Temu | 634418220215124 |
| 262 | Allure Avenue a | Temu | 634418219484677 |
| 263 | Anime f | Temu | 634418226578248 |
| 264 | AnimeToys | Temu | 634418226620925 |
| 265 | BDTOY | Temu | 634418216978951 |
| 266 | beautyhomme | Temu | 634418221223419 |
| 267 | Best DIY CH | Temu | 634418222070294 |
| 268 | Big YY | Temu | 634418221137745 |
| 269 | Blanket Kings | Temu | 634418225933562 |
| 270 | Book Discount Hall | Temu | 634418222256334 |
| 271 | Book Discount Mall | Temu | 634418226122514 |
| 272 | BORDERLESS FASHION | Temu | 634418219635071 |
| 273 | Boutique hat thriving shop | Temu | 634418222206030 |
| 274 | Bright thermal transfer | Temu | 634418214527951 |
| 275 | Casual Couture | Temu | 634418218948068 |
| 276 | Charm Boutique Where Elegance Meets Creativity | Temu | 634418217148005 |
| 277 | Charm Extraordinary | Temu | 634418221798231 |
| 278 | CHENANWANG | Temu | 634418212420771 |
| 279 | Chengchun Blanket | Temu | 634418221147960 |
| 280 | chocc | Temu | 634418218820661 |
| 281 | Continuous burst order | Temu | 634418221441633 |
| 282 | Cool Summer Hat Five Houses | Temu | 634418223232114 |
| 283 | Cool Summer Hat ten Houses | Temu | 634418223778229 |
| 284 | Cotyledon shop | Temu | 634418216236989 |
| 285 | CSMY design | Temu | 634418223331689 |
| 286 | CSQWEF | Temu | 634418223947024 |
| 287 | Curious Readers | Temu | 634418226029486 |
| 288 | CYNDD | Temu | 634418222276726 |
| 289 | DAILY T FIT B | Temu | 634418223566883 |
| 290 | DealDazzle clothing | Temu | 634418222750609 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 291 | deserve the reputation Shop | Temu | 634418221882711 |
| 292 | Dfanmaoyi | Temu | 634418226486656 |
| 293 | DIY RR | Temu | 634418222038154 |
| 294 | DOGESHOP | Temu | 634418218932323 |
| 295 | DXCLO SHOP | Temu | 634418222483078 |
| 296 | EJIUZRJM | Temu | 634418220193564 |
| 297 | Esports Fashion Goods | Temu | 634418224735297 |
| 298 | FANGYUANN | Temu | 634418220941399 |
| 299 | fanyueduo A | Temu | 634418219742249 |
| 300 | Fashion Seven Color Hats Shop | Temu | 634418221103489 |
| 301 | FHJUHYG | Temu | 634418219074689 |
| 302 | FlashFaveMart clothing | Temu | 634418222761655 |
| 303 | FluffDown | Temu | 634418220854887 |
| 304 | Four fallen maple leaf | Temu | 634418224302594 |
| 305 | frozen throne | Temu | 634418221614205 |
| 306 | fu yan lin bai huo fu | Temu | 634418220812218 |
| 307 | GAOHUIHUI | Temu | 634418221324264 |
| 308 | GDFGD | Temu | 634418220767864 |
| 309 | Geduazgb | Temu | 634418221077296 |
| 310 | Giggle Atelier | Temu | 634418221668436 |
| 311 | GlitCone | Temu | 634418217825891 |
| 312 | Gorgeous Poster | Temu | 634418220167510 |
| 313 | Gothic wire harness straps | Temu | 634418216205277 |
| 314 | GPSZQ | Temu | 634418221867193 |
| 315 | GXGB | Temu | 634418219761145 |
| 316 | HAPPY HAPPY GIRLS | Temu | 634418218873014 |
| 317 | Henry factory | Temu | 634418218796648 |
| 318 | HJMBSFSF | Temu | 634418223986817 |
| 319 | HLKHBBA | Temu | 634418221829222 |
| 320 | HomeD | Temu | 634418220878370 |
| 321 | HU Phone case MX | Temu | 634418221731919 |
| 322 | HuangM | Temu | 634418226487001 |
| 323 | hui Decorative Painting four | Temu | 634418217207927 |
| 324 | Impressio Studio | Temu | 634418219628612 |
| 325 | JAUHB | Temu | 634418218832825 |
| 326 | JK Pillowcase | Temu | 634418215611061 |
| 327 | johnnhomme | Temu | 634418221146131 |
| 328 | JQOWIU | Temu | 634418223237085 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 329 | JUNLILING | Temu | 634418220908949 |
| 330 | JUYIMIAO | Temu | 634418213209994 |
| 331 | Kevin photo frame | Temu | 634418222875353 |
| 332 | KIHGTR | Temu | 634418217827836 |
| 333 | KJXABCMM | Temu | 634418222556617 |
| 334 | KJXABCNN | Temu | 634418222557711 |
| 335 | linjing fourteen | Temu | 634418220045857 |
| 336 | LINWENCC | Temu | 634418225410914 |
| 337 | Liutong Technology | Temu | 634418217818973 |
| 338 | LivelyClothing | Temu | 634418222301159 |
| 339 | LKKJDHDDPP | Temu | 634418220199699 |
| 340 | LMBCSQMB | Temu | 634418222862851 |
| 341 | lnducement | Temu | 634418213898038 |
| 342 | LOVE Bests | Temu | 634418220094437 |
| 343 | Love Living Hat | Temu | 634418224058207 |
| 344 | LOVE ZFC | Temu | 634418220094925 |
| 345 | LOVEGIFTS | Temu | 634418221944373 |
| 346 | LQRJSH | Temu | 634418223235880 |
| 347 | LSKHQ | Temu | 634418223234537 |
| 348 | Lucky MinO | Temu | 634418217415431 |
| 349 | LunaGlow | Temu | 634418217827685 |
| 350 | LZMGXBLYB | Temu | 634418223950707 |
| 351 | Mai Dou hat | Temu | 634418221655841 |
| 352 | MariaHui | Temu | 634418223809928 |
| 353 | MAX XHJ | Temu | 634418223003642 |
| 354 | Meadow Mason | Temu | 634418224147768 |
| 355 | Min DTextile | Temu | 634418220130618 |
| 356 | MIN XHJ | Temu | 634418223012572 |
| 357 | Mingxin Cute | Temu | 634418220113976 |
| 358 | Mingxin Get Rich | Temu | 634418220115028 |
| 359 | Mingxin Z | Temu | 634418220121888 |
| 360 | MNPL | Temu | 634418221049492 |
| 361 | ModCloset | Temu | 634418217825624 |
| 362 | ModernMate | Temu | 634418220178751 |
| 363 | NCPVT | Temu | 634418222795933 |
| 364 | NeonNook cap | Temu | 634418224394310 |
| 365 | Nice banana | Temu | 634418220679247 |
| 366 | Nova Daily necessities | Temu | 634418223838293 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 367 | NVCR | Temu | 634418222963834 |
| 368 | Oh My Gift | Temu | 634418224157560 |
| 369 | OWENFH | Temu | 634418222880628 |
| 370 | PCVB | Temu | 634418222964210 |
| 371 | Peaceful Envoy | Temu | 634418223051383 |
| 372 | Peck Pile | Temu | 634418224147690 |
| 373 | PENCA | Temu | 634418222796618 |
| 374 | PlushCloud Home Textile Blanket | Temu | 634418225428508 |
| 375 | PomPom Cozy | Temu | 634418221552714 |
| 376 | PPDSU | Temu | 634418222796826 |
| 377 | Prehistoric life | Temu | 634418219260897 |
| 378 | PrintUp | Temu | 634418219662042 |
| 379 | Pureate Case | Temu | 634418221766792 |
| 380 | QOPSKW | Temu | 634418223237893 |
| 381 | Sea Dragon Poster | Temu | 634418222639533 |
| 382 | SFSEWEE | Temu | 634418220200269 |
| 383 | sheep baa local | Temu | 634418219547181 |
| 384 | Shibao Clothing | Temu | 634418220014542 |
| 385 | Shiyage | Temu | 634418214520076 |
| 386 | SKLGGLEHH | Temu | 634418220258813 |
| 387 | Smart Sphere A | Temu | 634418220093780 |
| 388 | Smile Blankets | Temu | 634418219408015 |
| 389 | Soft Warm Cloud Warm | Temu | 634418222542943 |
| 390 | Space blanket | Temu | 634418219320548 |
| 391 | Sports speed Five street | Temu | 634418224302419 |
| 392 | Sports speed there streets | Temu | 634418224097389 |
| 393 | Sports Trend Fifteen Room | Temu | 634418223866585 |
| 394 | SportswearZ | Temu | 634418216573982 |
| 395 | spuerhomme | Temu | 634418221106379 |
| 396 | STARCOS | Temu | 295577507895 |
| 397 | starline Stickers | Temu | 634418219072741 |
| 398 | Strange ten Baseball Hats | Temu | 634418223929888 |
| 399 | Summer mx | Temu | 634418220109906 |
| 400 | super sparkly | Temu | 634418220082183 |
| 401 | TailorMyStyle | Temu | 634418225440814 |
| 402 | Tee club XSL | Temu | 634418221836298 |
| 403 | The capital of the East | Temu | 634418224534089 |
| 404 | This is nicing | Temu | 634418220095467 |

18

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 405 | ToastyTrail | Temu | 634418224946705 |
| 406 | TOtees | Temu | 634418219388426 |
| 407 | TrendTrove clothing | Temu | 634418222750406 |
| 408 | Trendy Fashion Four Station | Temu | 634418224388881 |
| 409 | Trendy Tshirt Shop | Temu | 634418220508855 |
| 410 | TT Summer TT | Temu | 634418220104352 |
| 411 | TTMUG | Temu | 634418219827171 |
| 412 | Ttttuuutwo | Temu | 634418221218774 |
| 413 | twenty TaiBao Hat | Temu | 1505589406814 |
| 414 | UWYQP | Temu | 634418223239698 |
| 415 | VictoriaR | Temu | 634418220695313 |
| 416 | Vinyl Spirit Tees | Temu | 634418220168744 |
| 417 | Wall Whisperer AC | Temu | 634418220012596 |
| 418 | Wandering Cart | Temu | 634418224168964 |
| 419 | Want poster | Temu | 634418220816302 |
| 420 | WELOGO | Temu | 634418218897560 |
| 421 | WGHOIM | Temu | 634418217827796 |
| 422 | Whimsy Cloud | Temu | 634418224251031 |
| 423 | Wholesale Clothing A | Temu | 634418220138195 |
| 424 | Wholesale Clothing XS | Temu | 634418220135544 |
| 425 | WSDCSZZ | Temu | 634418220063566 |
| 426 | DISMISSED | | |
| 427 | xingchenghao | Temu | 634418221020273 |
| 428 | xinyaohuaguangC | Temu | 634418219125729 |
| 429 | XinYi Art Shop | Temu | 634418219442189 |
| 430 | XUUUUER | Temu | 634418220670027 |
| 431 | XZ Merchat center | Temu | 634418223650928 |
| 432 | Yalun song poster | Temu | 634418222934574 |
| 433 | YBH Home Decor | Temu | 634418225534849 |
| 434 | YOPQSG | Temu | 634418223234808 |
| 435 | You Me Him Sale | Temu | 634418220125471 |
| 436 | Your Tee Shirts | Temu | 634418219693710 |
| 437 | YOURUT | Temu | 634418222744193 |
| 438 | YUXXA | Temu | 634418221243521 |
| 439 | Z Sunny Z | Temu | 634418222983371 |
| 440 | ZephyZone | Temu | 634418217828161 |
| 441 | ZHCLO SHOP | Temu | 634418222774557 |
| 442 | Zhuangjia blanket | Temu | 634418221408214 |

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 443 | ZLPCKII | Temu | 634418221840047 |
| 444 | ZZRDXNN | Temu | 634418221643364 |
| 445 | ZZSylviaToy | Temu | 634418225649085 |
| 446 | ZZZmmmn | Temu | 634418225126862 |
| 447 | ArtsupplymeDesign | Etsy | ArtsupplymeDesign |
| 448 | BeardedNerdDesign | Etsy | BeardedNerdDesign |
| 449 | CanvaDigitalShop4you | Etsy | CanvaDigitalShop4you |
| 450 | CartanovaCardzShop | Etsy | CartanovaCardzShop |
| 451 | CraftorioStudio | Etsy | CraftorioStudio |
| 452 | CutesyDigishop | Etsy | CutesyDigishop |
| 453 | DigitStoreEU | Etsy | DigitStoreEU |
| 454 | DitasHandmadeStore | Etsy | DitasHandmadeStore |
| 455 | EssmaCreation | Etsy | EssmaCreation |
| 456 | GoodGameGiftShop | Etsy | GoodGameGiftShop |
| 457 | jbellecreatives | Etsy | jbellecreatives |
| 458 | JBgraphicdesigns9 | Etsy | JBgraphicdesigns9 |
| 459 | LaMalledeLauriane | Etsy | LaMalledeLauriane |
| 460 | LemonPopLab | Etsy | LemonPopLab |
| 461 | LvlyartGifts | Etsy | LvlyartGifts |
| 462 | lycheebumblebee | Etsy | lycheebumblebee |
| 463 | PartyShopInvites | Etsy | PartyShopInvites |
| 464 | ProCardist | Etsy | ProCardist |
| 465 | SUNSHINEBySla | Etsy | SUNSHINEBySla |
| 466 | TanukiLuck | Etsy | TanukiLuck |
| 467 | VieBonneStore | Etsy | VieBonneStore |
| 468 | yugiohcarditalia | Etsy | yugiohcarditalia |