### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 25-cv-6494 |
| WLEEC BEAUTY and NING ZHOU, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF NING ZHOU UNDER PENALTY OF PERJURY

I, Ning Zhou, declare as follows:

1. I am the owner of an Amazon seller account operating under the name Wleec Beauty, associated with the email address wleechair@gmail.com and Seller ID A3D1C4Z3EMT3GP.

2. I make this declaration based on my personal knowledge, and if called upon, I could and would competently testify to the matters stated herein.

3. On or about December 4, 2025, I received a notice from the Amazon platform indicating that my seller account was affected due to a federal court matter. That notice did not include any evidence identifying specific infringing images, descriptions, or listings.

4. On or about December 6, 2025, Plaintiff or Plaintiff's counsel provided purported evidence alleging that certain images and product descriptions

associated with my Amazon seller account infringed Plaintiff's intellectual property. This evidence was transmitted to my counsel at that time.

5. Although the Amazon seller account identified by Plaintiff belongs to me, the images and product descriptions identified by Plaintiff as allegedly infringing were not created, authored, selected, uploaded, or authorized by me.

6. I did not design, draft, copy, or approve the images or product descriptions identified by Plaintiff, and I did not knowingly use Plaintiff's copyrighted or trademarked material in commerce.

7. On December 6, 2025, through counsel, Plaintiff was notified that while the seller account was mine, the allegedly infringing images and descriptions were not created or authorized by me.

8. On December 10, 2025, Plaintiff was again notified that the images and descriptions identified as infringing were not mine and was requested to correct or clarify its allegations.

9. Plaintiff did not respond to these communications and did not amend or withdraw its allegations against me.

10. Attached hereto as Exhibit A are the materials provided by Plaintiff on or about December 6, 2025, which Plaintiff contends constitute evidence of infringement.

11. Attached hereto as Exhibit B are materials demonstrating that the allegedly infringing images and product descriptions were not created or authorized by me.

12. I submit this declaration in support of my Pro Se Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 16th day of December, 2025, at Qingdao, Shandong.

/s/ Ning Zhou
NING ZHOU
Defendant, Pro Se
Qingdao, Shandong
Email: wleechair@gmail.com