# EXHIBIT A

**Plaintiff's Evidence**

This Exhibit consists of materials provided by Plaintiff on or about December 6, 2025 in support of its infringement allegations.

## 164. Wleec Beauty



**Product Page**
https://www.amazon.com/XIANF-Gilmore-Picture-Paintings-Decoration/dp/B0DPJ4CS56/ref=sr_1_1?dib=eyJ2IjoiMSJ9.65yk44kRcN5Y1bbmKv78xA.gD89GDOah2E8iPMWbAyK3JzDAuX2H2_2a_2yt4jj8pA&amp;dib_tag=se&amp;keywords=Naruto&amp;m=A3D1C4Z3EMT3GP&amp;qid=1748855338&amp;s=merchant-items&amp;sr=1

**Seller Page**
https://www.amazon.com/gp/help/seller/at-a-glance.html/ref=dp_merchant_link?ie=UTF8&amp;seller=A3D1C4Z3EMT3GP&amp;asin=B0DPJ4CS56&amp;ref_=dp_merchant_link

**Seller Origin**
China

**Payment Method**
Amazon

**Claim Type**
Trademark & Copyright