# EXHIBIT B

**Defendant's Actual Listing**

This Exhibit consists of Defendant's actual Amazon listing, submitted to show that the allegedly infringing images and product descriptions were not created or authorized by Defendant.



Shop gift cards for every stocking

Home & Kitchen › Artwork › Posters & Prints





# XIANF Happy Gilmore Comedy Movie Poster Canvas Poster Wall Art Decor Print Picture Paintings for Living Room Bedroom Decoration Frame:24x36inch(60x90cm)

Brand: XIANF

**Currently unavailable.**
We don't know when or if this item will be back in stock.

| | |
|---|---|
| Size | Frame:24x36inch(60x90cm) |
| Product Dimensions | 91.4L x 61W Centimetres |
| Orientation | Landscape |
| Shape | Rectangular |
| Theme | Vintage |
| Frame type | Framed |

∨ See more

## About this item

- GOOD SERVICE: We promise 100% satisfactory customer service. If the canvas you receive is damaged, please contact us in time for replacement. We will solve your problem as soon as possible!
- Wall Decor Material: Canvas Nicer than paper poster, can preserve in a long period and not easy destroyed.great addition to your living room, office or even bedroom.
- WALL ART QUALITY: They are High Resolution Images Printed on

**Currently unavailable.**
We don't know when or if this item will be back in stock.
⊙ Delivering to Balzac T4B 2T – Update location

Add to Wish List

