IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>      Defendants. | Civil Action No.<br><br>1:25-cv-06494-LMM |

## UNOPPOSED MOTION TO STRIKE

Pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, Plaintiff TV Tokyo Corporation ("Plaintiff") hereby moves for entry of an order striking Defendant Ning Zhou's Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on December 16, 2025 at Dkt. No 26.

This Defendant has not retained counsel. In support of this Motion, Plaintiff submits the accompanying Memorandum of Law and Declaration of Abby Neu filed concurrently herewith. A proposed Order is also submitted with this Motion.

Date: January 8, 2026                    Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 45299
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (404) 663-3349
Email: david@whitewoodlaw.com

Abby Neu, *pro hac vice*
**WHITEWOOD LAW PLLC**
57 West 57th Street, 3rd and 4th Floors
New York, NY 10019
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*