# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>      Defendants. | Civil Action No.<br><br>1:25-cv-06494-LMM |

## DECLARATION OF ABBY NEU

I, Abby Neu, declare as follows:

1. I am an attorney at law and am one of the attorneys for Plaintiff, TV Tokyo Corporation ("Plaintiff"). I am more than eighteen years old and am otherwise competent to give this testimony. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I would testify as follows:

2. On November 13, 2025 the Court entered a temporary restraining order and ordered all parties, including the Defendant identified as DOE #164 - Wleec Beauty, to show cause why a preliminary injunction should not issue.

3. On December 10, 2025, the Court held a hearing on the order to show cause at which I appeared for Plaintiff. At the hearing, Defendant identified as DOE

#164 - Wleec Beauty did not appear and the Court entered the Preliminary Injunction against Defendants including DOE #164.

4. On December 16, 2025, an individual identifying themselves as Ning Zhou (Defendant, Pro Se) served our firm by email with a Motion to Dismiss Pursuant to Rule 12(b)(6) ("Motion to Dismiss").

5. On January 7, 2026, Defendant obtained counsel who filed an appearance on behalf of Defendant WLEEC Beauty. Plaintiff and Defendant's counsel exchanged initial contact emails and Defendant's counsel confirmed no objection to Plaintiff's filing of this present motion to strike the pro se Motion to Dismiss.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 7th day of January 2026

*/s/ Abby Neu*
Abby Neu