# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>      Defendants. | Civil Action No.<br><br>1:25-cv-06494-LMM |

## [PROPOSED] ORDER
## GRANTING PLAINTIFF'S MOTION TO STRIKE

THIS CAUSE has come before the Court on Plaintiff TV Tokyo Corporation's Motion to Strike the Motion to Dismiss filed at Dkt. 26 (the "Motion"). The Court, having considered the Motion, the supporting declarations and exhibits, and the arguments therein, finds as follows:

Plaintiff's Motion is hereby **GRANTED**, and the Court **ORDERS** that the document filed a Dkt. 26 be stricken. The Defendant identified as of DOE #164 Wleec Beauty shall not be permitted to file any documents or otherwise appear in this case except through retained counsel.

**SO ORDERED** this _____ day of _____, 2025.

_____
**UNITED STATES DISTRICT JUDGE**