# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>Defendants. | Civil Action No. 25-cv-6494-LMM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| bluezitao | 17 |
| congweidianzibaodan | 29 |
| create colorful life | 35 |
| DUOAZJL | 43 |
| First Choice 777 Store | 50 |
| Infinity Figures | 66 |
| NANCHANGXIAYUTIANMAOYIYOUXIANGONGSI | 98 |
| SIXYI | 135 |
| zhizhius | 178 |
| ZiManYiMaoYi | 179 |
| Eryofdh Toy | 192 |
| PinZheng Home | 232 |
| Gorgeous Poster | 312 |
| STARCOS | 396 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: January 13, 2026                     Respectfully submitted,

                                            <u>*/s/ David M. Lilenfeld*</u>
                                            David M. Lilenfeld
                                            Georgia Bar No. 45299
                                            **WHITEWOOD LAW PLLC**
                                            5555 Glenridge Connector, Suite 200
                                            Atlanta, GA 30342
                                            Telephone: (404) 663-3349
                                            Email: david@whitewoodlaw.com

                                            *Counsel for Plaintiff*