

**WHITEWOOD LAW**
YOUR INNOVATION, OUR EXPERTISE

Ms. Brittany Poley                                                                 January 20, 2026
U.S. District Court - N.D.Ga.
2211 United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309


Ms. Poley,

Under Rule 83.1E of the Civil Local Rules of Practice, I respectfully request that the blow cases not be calendared during the period of absence.

**<u>Cases</u>:**

| | | |
|---|---|---|
| 25cv5625-LMM | TV Tokyo | A Lot Mall |
| 25cv6197-LMM | TV Tokyo | Amby's Store |
| 25cv6198-LMM | TV Tokyo | 2amcart |
| 25cv6813-LMM | TV Tokyo | ADesignUSA |
| 25cv6846-LMM | TV Tokyo | AutoMeiQit |
| 25cv6494-LMM | TV Tokyo | Abcdy Man |
| 25cv173-LMM | TV Tokyo | AnimeOutletShop |

**<u>Absences</u>:**

- January 30, 2026 (Friday)
- February 6 (Friday)
- February 11, 12 and 13 (Wednesday -Friday).

Thank you for your consideration.

**Sincerely,**

*/s David M. Lilenfeld*

**David M. Lilenfeld**

+1 (917) 858 8018     www.whitewoodlaw.com
smu@whitewoodlaw.com     57 West 57th St., 3rd & 4th Floors Manhattan, NY 10019