IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ABCDY MANN, et al.,<br><br>Defendants. | Civil Action No.<br>1:25-cv-06494-LMM |

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Wleec Beauty ("Defendant"), by and through its counsel, and respectfully requests this Court extend the time, up to and including February 23, 2026, to file an answer or otherwise plead to the Plaintiff's Complaint. In support thereof, Defendant states as follows:

1. Plaintiff filed its sealed Complaint on November 12, 2025. Dkt. No. 1.

2. On December 1, 2025, the Court granted Plaintiff's Motion for Service. Dkt. No. 15.

3. On January 7, 2026, Defendant's counsel entered her Notice of Appearance.

4. Defendant requests an extension of time until February 23, 2026, to answer, or otherwise respond to the complaint in this matter.

5. Plaintiff does not oppose this motion.

6.  Plaintiff and Defendant are engaged in efforts to effectuate a consensual resolution of this case, and additional time to answer will aid in those efforts.

7.  This is Defendant's first extension of time request.

WHEREFORE, Defendant respectfully requests that this Court grant this unopposed motion and extend the deadline by which Defendant is to answer, or otherwise respond to, the complaint in this matter, up to and including February 23, 2026.

Dated:  January 28, 2026.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers
Georgia Bar No. 315161
ICEE Law, LLC
1445 Woodmont Ln, NW
Suite 3362
Atlanta, GA 30318
Tel. (470) 574-0529
Email: CourtComms@ICEELaw.com
*Counsel for Defendant Wleec Beauty*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing pleading complies with this Court's rules concerning typographical presentation in that it is set in 14-point Times New Roman font.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2026, I electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Abena K. Abayomi-Rogers*
Abena K. Abayomi-Rogers
