IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>ABCDY MANN, et al.,<br><br>Defendants. | Civil Action No.<br>1:25-cv-06494-LMM |

**(PROPOSED) ORDER ON DEFENDANT WLEEC BEAUTY'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND**

Defendant Wleec Beauty ("Defendant") filed its Unopposed Motion for Extension of Time to Answer or Otherwise Respond. The Court, having considered the motion, finds that the Unopposed Motion should be GRANTED.

Accordingly, it is hereby ORDERED that Defendant's deadline to answer, or otherwise respond to, the complaint in this matter is extended to and including February 23, 2026.

_____
**HONORABLE LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE**