IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

TV TOKYO CORPORATION,

    Plaintiff,

v.

ABCDY MAN, et al.,

    Defendants.

Civil Action No. 25-cv-6494-LMM

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| BestMi | 15 |
| cosdigiart | 31 |
| Xyntara Shops | 170 |
| yuchengqichuang | 175 |
| fan xian sheng | 194 |
| Happy 36 Pop | 201 |
| KXAAXS | 216 |
| Yihejianzhu | 252 |
| fu yan lin bai huo fu | 306 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

Dated: February 3, 2026          Respectfully submitted,

<div style="margin-left: 3em;">

<u>/s/ Abby M. Neu</u>
Abby M. Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (872) 294-3263
Email: aneu@whitewoodlaw.com

*Counsel for Plaintiff*

</div>