IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>          Defendants. | Civil Action No. 25-cv-6494-LMM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby dismisses without prejudice all causes of action in the Complaint against the following Defendants identified in Schedule A to the Complaint:

| Defendant Seller Name | DOE No. |
|---|---|
| ROADIES MART | 124 |
| Book Discount Hall | 270 |
| Book Discount Mall | 271 |
| Curious Readers | 287 |

Each party shall bear their own attorney's fees and costs. Defendants have not filed an answer or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1)(A)(i) is appropriate.

1

Dated: February 18, 2026                     Respectfully submitted,

<p style="margin-left: 40%;">
<u>/s/ Abby M. Neu</u><br>
Abby M. Neu<br>
Georgia Bar No. 200207<br>
<b>WHITEWOOD LAW PLLC</b><br>
5555 Glenridge Connector, Suite 200<br>
Atlanta, GA 30342<br>
Telephone: (872) 294-3263<br>
Email: aneu@whitewoodlaw.com<br>
<br>
<i>Counsel for Plaintiff</i>
</p>