IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>    Defendants. | Civil Action No. 25-cv-6494-LMM |

## **PLAINTIFF'S REQUEST TO CLERK FOR ENTRY OF DEFAULT**

Pursuant to Rule 55 of the Federal Rules of Civil Procedure, TV Tokyo Corporation requests entry of default by the Clerk of Court against each remaining Defendant, as listed in Schedule A attached hereto.

Rule 55(a) of the Federal Rules of Civil Procedure provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On December 1, 2025, the Court authorized Plaintiff to serve Defendants with process by electronic means. [Doc. 15]. After obtaining email addresses from third-parties who provide online services to Defendants, Plaintiff served all Defendants electronically on December 3, 2025. Answers were due twenty-one days from the date of service, making them due December 24, 2025. (Fed. R. Civ. P.

12(a)(1)(A)(i)). As of the date of this Request, none of the Defaulting Defendants on Schedule A hereto have filed or served an answer or otherwise appeared in this case. (Lilenfeld Decl., ¶3, filed herewith). Five Defendants have either appeared in this action and granted an extension of time to file an answer or have entered a consent judgment with Plaintiff. Those five Defendants have been marked "EXCEPTED" in the attached Schedule A and are *not* included in Plaintiff's request for Clerk Default. (Lilenfeld Decl., ¶¶ 4-5).

For these reasons, the Clerk is respectfully requested to enter default for each Defendant listed in Schedule A attached hereto. Fed. R. Civ. P. 55(a).

Dated: February 19, 2026        Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Abby Neu
Georgia Bar No. 200207
Whitewood Law PLLC
5555 Glenridge Connector, Suite 200
Atlanta, Ga. 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*