# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

TV TOKYO CORPORATION,

    Plaintiff,

v.

ABCDY MAN, et al.,

    Defendants.

Civil Action No. 25-cv-6494-LMM

## THIRD DECLARATION OF DAVID M. LILENFELD

1. I am an attorney admitted to practice before this Court and represent Plaintiff. Except as otherwise stated, I have personal knowledge of the following facts and if called as a witness I could and would competently testify as follows.

2. The Defendants listed on Schedule A, filed herewith, were electronically served with Complaint and Summons. Electronic service was authorized by the Court on December 1, 2025. [Dkt. 15].

3. I certify that the Defendants listed on Schedule A, except those marked as "DISMISSED," or "EXCEPTED" have failed to answer or otherwise plead in this action with the allotted time in contradiction of Federal Rule of Civil Procedure 12(a)(1)(A).

4. Wleec Beauty (Doe 164) has been granted an extension of time to respond to Plaintiff's Complaint through and including February 23, 2026. This store has been marked EXCEPTED from Plaintiffs' request for entry of a clerk default.

5. The following Defendants: Auranova (Doe 13), Mushplushies Direct (Doe 94), Digicart (Doe 188) and JAISREE RAM (Doe 211) have reached settlements with Plaintiffs and have agreed to enter into a consent judgment. These three stores have been marked EXCEPTED from Plaintiff's Request for Entry of Default.

6. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 19, 2026

*/s/ David M. Lilenfeld*
David M. Lilenfeld
