IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TV TOKYO CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ABCDY MAN, et al.,<br><br>　　　　Defendants. | Civil Action No. 25-cv-6494-LMM |

## **MOTION FOR DEFAULT JUDGMENT**

TV Tokyo Corporation ("Plaintiff"), pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, hereby respectfully moves for a default judgment as to the Defendants who have been served with process but have failed to respond to the Complaint.

Based on the admissions-by-default of the factual allegations in the Complaint, Plaintiff seeks a default judgment (1) holding Defendants liable for copyright and trademark infringement as alleged in the Complaint, (2) finding the infringement was willful under both 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c)(2), (3) awarding statutory damages of $50,000 per defaulting defendant for copyright infringement; (4) awarding statutory damages of $100,000 per defaulting defendant for trademark infringement; and (5) issuing a permanent injunction.

In support of this Motion, Plaintiff submits the accompanying Memorandum of Law. A Proposed Judgment is also attached for the Court's convenience.

Dated: March 2, 2026                                              Respectfully submitted,

*/s/ David M. Lilenfeld*
David M. Lilenfeld
Georgia Bar No. 452399
Abby Neu
Georgia Bar No. 200207
**WHITEWOOD LAW PLLC**
5555 Glenridge Connector, Suite 200
Atlanta, GA 30342
Telephone: (917) 858-8018
Email: david@whitewoodlaw.com

*Counsel for Plaintiff*
